BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
RENATA GOWIE, OSB #175273
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1021
Fax: (503) 727-1117
renata.gowie@usdoj.gov

ALEXIS L. TOMA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2950
Fax: (206) 615-2531
alexis.toma@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRIAN SEED,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:18-cv-00278-PK<br><br><br>ORDER TO DISMISS PLAINTIFF'S COMPLAINT |

Based on the stipulation of the parties, this case is dismissed without prejudice. The Clerk shall enter judgment, accordingly.

///

IT IS SO ORDERED this 30th day of August, 2018.

*(signature)*
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Alexis L. Toma
ALEXIS L. TOMA
Special Assistant U.S. Attorney
Attorneys for Defendant
(206) 615-2950